UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
IN RE:

    Chapter 13

**ISAAC KURLANDER (xxx-xx-1697) AND**
**REBECCA KURLANDER (xxx-xx-9798)**

    Case No. 08-B-22669

Debtor(s)
-------------------------------------------------------------x

# CHAPTER 13 TRUSTEE'S REPORT OF COMPLETION
# OF PLAN PAYMENTS

    JEFFREY L. SAPIR, Chapter 13 Trustee, reports to the Court that the above-named Debtor(s) has made all payments to the Chapter 13 Trustee as required by the Confirmed Chapter 13 Plan.

Dated: White Plains, New York
       January 26, 2011

    /s/ Jeffrey L. Sapir
    Jeffrey L. Sapir
    Chapter 13 Trustee
    399 Knollwood Road
    White Plains, New York 10603
    914-328-6333